

windelsmarx.com

**James P. Tracy**  
212.237.1180  
Jtracy@windelsmarx.com

156 West 56th Street  |  New York, NY 10019  
T. 212.237.1000  |  F. 212.262.1215

December 11, 2024

<u>**VIA ECF:**</u>

Honorable Arun Subramanian  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 15A  
New York, NY, 10007

      Re:    <u>Liquid Rarity Exchange, LLC v. Ozone Networks, Inc. d/b/a OpenSea.</u>  
              <u>Case No. 24-cv-07651-AS</u>

Dear Judge Subramanian:

      This firm represents plaintiff Liquid Rarity Exchange, LLC ("Plaintiff") in the above-referenced matter. In accordance with Rule 11(C)(iii) of Your Honor's Individual Practices in Civil Cases and Section 6 of the Electronic Case Filing Rules and Instructions for the United States District Court for the Southern District of New York, Plaintiff respectfully <u>seeks leave to file a redacted version of a declaration in support of a motion for the *pro hac vice* admission of Keith Grady, Esq</u>.

      The proposed redaction is limited to paragraph 4 of Mr. Grady's supporting declaration concerning the circumstances of a decades-old criminal conviction, the details of which Mr. Grady would prefer to remain private. Plaintiff submits that there is no public interest in this information, and thus there would be no harm in allowing the redacted filing.

      We have conferred with counsel to defendant Ozone Networks, Inc., d/b/a OpenSea, who has no objection to the redacted filing.

      We thank the Court for its time and consideration.

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 20.

SO ORDERED.

*/s/ Arun Subramanian/*  
Arun Subramanian, U.S.D.J.  
Date: December 13, 2024

Very Truly Yours,

*/s/ James Tracy/*  
James Tracy

{12389425:1}